UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOOLPLAS SYSTEMS INC.,

    Plaintiff,

v.

CAMACO, LLC,

    Defendant.

Hon. Patrick J. Duggan

Case No. 2:09-cv-12003

CAMACO, LLC,

    Third-Party Plaintiff,

v.

TOOL-PLAS SYSTEMS, INC.,

    Third-Party Defendant.

---

| | |
|---|---|
| Michael F. Wais (P45482) | John R. Trentacosta (P31856) |
| Stephen P. Dunn (P68711) | Jason D. Menges (P64228) |
| Michael O. Fawaz (P68793) | Adam J. Wienner (P71768) |
| Howard & Howard Attorneys PLC | Foley & Lardner LLP |
| 450 West Fourth Street | 500 Woodward Avenue, Suite 2700 |
| Royal Oak, MI 48067-2557 | Detroit, MI 48226-3489 |
| (248) 645-1483 | (313) 234-7100 |
| *Attorneys for Plaintiff and Third-Party Defendant* | *Attorneys for Camaco, LLC* |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

    At a session of said Court, held in the U.S. District Court for the Eastern District of Michigan on August 30, 2010.

  PRESENT: Hon. Patrick J. Duggan, U.S. District Court Judge

HAVING BEEN DULY ADVISED that the parties have stipulated and agreed to an Order dismissing the above-captioned matter in its entirety with prejudice, and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that this matter shall be and is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: August 30, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 30, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

**So stipulated; approved as to form and substance**:

| /s/ Michael O. Fawaz | /s/ Adam J. Wienner |
|---|---|
| Michael F. Wais (P45482) | John R. Trentacosta (P31856) |
| Stephen P. Dunn (P68711) | Jason D. Menges (P64228) |
| Michael O. Fawaz (P68793) | Adam J. Wienner (P71768) |
| Howard & Howard Attorneys PLC | Foley & Lardner LLP |
| 450 West Fourth Street | 500 Woodward Avenue, Suite 2700 |
| Royal Oak, MI 48067 | Detroit, MI 48226-3489 |
| 248.645.1483 | 313.234.7100 |
| *Attorneys for Plaintiff and Third-Party Defendant* | *Attorneys for Camaco, LLC* |
| Date: August 30, 2010 | Date: August 30, 2010 |